Stephen J. Skriba, appellee, v. Adolph Chaloupka, appellant. Gen. No. 29,600.

Action to recover real estate commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Bedinger,

Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed. Opinion filed June 17, 1925.

Otto F. Ring, for appellant. Joseph Z. Klenha and Abraham Greenfield, for appellee; Louis M. Mantynband, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.